UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE: ATTORNEY DISCIPLINARY )
)   Case No. 5:20-mc-76
)

## ORDER

In a decision issued on June 26, 2020, the Vermont Supreme Court ordered that

Sigismund Wysolmerski be disbarred from the practice of law. *In re Sigismund Wysolmerski,*

*Esq.*, 2020 VT 54, 212 Vt. 394, 237 A.3d 706 (mem.). Acting under Rule 5(b)(2) of the

Attorney Disciplinary Rules for the United States District Court for the District of Vermont

("Disciplinary Rules"), this court ordered Mr. Wysolmerski to show cause why imposition of

identical discipline would be unwarranted. (Doc. 2.) Mr. Wysolmerski failed to respond. Under

Disciplinary Rule 5(d), the court therefore imposes the identical discipline here, retroactive to

June 26, 2020. Under Disciplinary Rule 9(c), Mr. Wysolmerski may not resume practice in this

court until reinstated by order of this court.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 10th day of October, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court